# United States Court of Appeals
## For the First Circuit

No. 24-1982

JOHN F. CARBIN,

Plaintiff - Appellant,

v.

COMMONWEALTH OF MASSACHUSETTS, Board of State Examiners of Plumbers and Gas Fitters; TOWN OF SAVOY,

Defendants - Appellees.

Before

Rikelman, Kayatta, and Aframe,
Circuit Judges.

**JUDGMENT**

Entered: July 22, 2025

Defendant-appellee, the Massachusetts Board of State Examiners of Plumbers and Gas Fitters ("the Board"), moved for summary affirmance of the district court's dismissal of the amended complaint filed by *pro se* plaintiff-appellant John F. Carbin ("Carbin"). Carbin filed an untimely response, asking this court to deny the Board's motion and to order the Board to respond to his brief.

After careful consideration, we affirm the district court's decision holding that Carbin failed to state a cognizable constitutional claim for substantially the reasons stated in the district court's decision. See Memorandum and Order, D.Ct. Dkt. 36. Accordingly, the Board's motion for summary disposition is granted. See 1st Cir. R. 27.0(c).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
John F. Carbin, Amy Spector, Katherine M. Fahey